**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 81

**IP Address:** 100.38.251.54

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DB692B8E7678D5243A195FC9312267346C0BD6A6<br>File Hash: 0A0306B19057A6DE4558E4BEB58B7E71B011DE712213A297A05325ED24A1A348 | 04-12-2021 03:00:37 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 2 | Info Hash: 83D2EED88C6681D044DB23C46A0921B9990D4A17<br>File Hash: DCBDDC4501CB08801EBDA74361F9980056C58AE609294A8ECC472866CC76B573 | 04-08-2021 04:11:30 | Vixen | 06-08-2017 | 07-07-2017 | PA0002070832 |
| 3 | Info Hash: 25D4601FC4F0A7E7D13EE7F82A12D2FAE0C7CD85<br>File Hash: F8DA05F7C926114389A7E0D8B739541215BF3064BF6BC3A16ED4C136F452BFB7 | 04-07-2021 04:48:20 | Vixen | 04-14-2018 | 06-19-2018 | PA0002126645 |
| 4 | Info Hash: 1CB8BD64D647ECE33B1E7E1386C3A28AB0B942BE<br>File Hash: DE88EAEBDC91873514CA8644622FB2D9B1B5BCF657FE4A753D7A605EDAD9276F | 04-07-2021 04:37:48 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 5 | Info Hash: AE3DEE3DD60A7475FE6E7026B9CCFE51469AFEE8<br>File Hash: B7FF3F74EF68D68B51CEF162F5EB2BD639330781B6EBD57F9C84BBF57F089105 | 04-07-2021 04:35:29 | Vixen | 08-14-2020 | 08-31-2020 | PA0002265636 |
| 6 | Info Hash: 194AF5E636A6DFF8F25D2E2A0B4B4E5D4198E0F8<br>File Hash: 55D7154AD1509A120833EE09C92475923B96CAAE4A9991A0CE01333085F9B456 | 04-07-2021 04:35:20 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 7 | Info Hash: F022B0CDCB031B5E963D0A640800BBEAED7F38FA<br>File Hash: 164DDD23185117C3649FBE34C0C60538E8098164D97036EE2F29F041B9D88D07 | 04-07-2021 04:34:34 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 8 | Info Hash: B0856F291435D2D91DF7BA9AFEB3A9F554389381<br>File Hash: 467E86407977001CE547E0C9628E76570FC3CB4447C01F106E965821233BDAF5 | 04-07-2021 04:32:50 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E072A47D201C8740D8EC73A1193EE96ACF0A5FBC<br>File Hash: 69C65B35E7C5DD71106A07F56B806E7F394E94E510E5727A598B56F035E8EDCD | 04-07-2021 04:27:22 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 10 | Info Hash: F8D879F9DED7FDF9361ADB80199802E31633A816<br>File Hash: 7B5146E5C04509E9FE79AC79DEC3B00F08483CD94B680FC7A9B93CF2474ED24C | 04-06-2021 04:53:28 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 11 | Info Hash: 914E671217FD0C27FB914AF4956D1DA0F5EC82F5<br>File Hash: 9F31FFAC53D82AD956CA2414D9CAEC2371335F21EA2A5B10811686EFD1D29B4F | 04-06-2021 04:48:23 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 12 | Info Hash: AC2782B2A65D938939D38F7BC6B7CCF4E051961B<br>File Hash: D44C403070A5743094CC1E9436978A3C2444BCC88628769CA4A0D170E5EAFC95 | 04-06-2021 04:40:21 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 13 | Info Hash: 21A94CBFC4DB145F8AADD63BD1FE1B92838C9B33<br>File Hash: FA965806672E8B496C8A1A0695E6E4138E4ECED9C2CA2A2176F616191C0E2914 | 04-06-2021 04:38:19 | Vixen | 02-08-2018 | 03-01-2018 | PA0002079183 |
| 14 | Info Hash: B9293EC651C0779176DE748DC3D8D3F33F52F2AC<br>File Hash: B02ABEB280B593C2C3C3D815C48D101611BA97712310A4FBE92CA16EE97E11B8 | 04-05-2021 12:54:06 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 15 | Info Hash: 59232699F4AD1B949FE19954F077258955D3CBBA<br>File Hash: 4660E77C6F17D89689AB274E14BB9B62DB0B466FD966748A5FC178B7BDAA31CB | 04-05-2021 12:49:16 | Vixen | 03-14-2020 | 04-17-2020 | PA0002246114 |
| 16 | Info Hash: DF073BB905FA736618C4185BB388B1C2F681BF59<br>File Hash: 69DBBB44BA79EB1F36D89474160E2775F570756E5F5A3A17089B00D62E7130DA | 04-05-2021 02:54:06 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 17 | Info Hash: 7B625C93133B5B8DD3872A722CF8B0833C9D13C7<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 04-02-2021 23:28:58 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1A1394CC6D58A1E86EBB7521BCE235161010C357<br>File Hash: AD468CA8031D3E3A3680F1268A7CDF31AD8C53E395C66DA879B8C211D3BA5CFF | 04-02-2021 23:25:41 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 19 | Info Hash: 743ADEF3A059CCFBB5FAADAEE9E1D323759DC60B<br>File Hash: BB92726141204C258A8BF555A0E0FD94E5484ACBD1090813A92B7775248013D9 | 04-01-2021 01:36:06 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 20 | Info Hash: 3D925EBC0EB2F34FDBF479303F5725A7BC3F1FAD<br>File Hash: 51830B69BFB87493650AD3F034E84308F146653B233692F7F6D12270944FD74B | 03-26-2021 04:45:58 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 21 | Info Hash: 272AE355DD63AD6D0DF9310116E0C630E658E3C9<br>File Hash: 1CF149C7C823AEFCD96B5802E83947D591816FD8B0E4DDD3A41A622763A998CD | 03-26-2021 04:43:55 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |
| 22 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 03-26-2021 04:43:40 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 23 | Info Hash: 7B59B7D3F2021F4D4E93C84314121CE2A2E5F596<br>File Hash: 08E0D570CF10000543FAF3034134F9F70572F85A6F20AF4714C49133A2D2C977 | 03-26-2021 04:43:40 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 24 | Info Hash: 4F08762EE0B932EA896D5FC7A2FE66E744558451<br>File Hash: A8BBC47EC36DF172619DC27D7AA8AB57B819A51676B9014182F662FE54B0D04B | 03-23-2021 05:07:07 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 25 | Info Hash: 153851B5F5CB6D5BCBB69DD22CC332052F3408DF<br>File Hash: F48F5584880DAF19BFF7F61BB1A51FFEFC571CED00652A02155C767AF34B23A1 | 03-23-2021 04:57:13 | Blacked | 03-11-2017 | 05-25-2017 | PA0002049782 |
| 26 | Info Hash: FF39C93178939DE1E8735D75AC8F7CB04F04F684<br>File Hash: 215A7191D452638F0AFF6B9C3CE8A0EDC1C4904595F6A5EA772BFBB777A86D34 | 03-23-2021 04:55:13 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F59F20B8CD50FD099B5613468E791A4094CB30EA<br>File Hash: E71A0B16E75A421FD90AF3E143B06251B3DA6D3DCAD59209748A9AD23DF10A7C | 03-23-2021 04:54:01 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 28 | Info Hash: 71CCC728B597D1D94E3C4DDA1BA4FD4501EDE12F<br>File Hash: B56ABD25035804F47957705EBA2DB297DC340CE7CEB15D991C3AD535F4703EA1 | 03-23-2021 04:53:11 | Blacked | 03-26-2017 | 06-05-2017 | PA0002052857 |
| 29 | Info Hash: 3EFC7A56B07C04EBAC48D9F1EC0398D58E53BE84<br>File Hash: 64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 03-23-2021 04:51:53 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 30 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 03-10-2021 13:21:36 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |
| 31 | Info Hash: BCE2AD0D287B7AB4EEA8B5DE2070732BB4778DC4<br>File Hash: 2E705076CA8A761D57716667E1817851B9507396810780DAC189407233DAFB53 | 03-10-2021 13:17:05 | Vixen | 12-05-2017 | 01-04-2018 | PA0002097413 |
| 32 | Info Hash: BC856E20D50A08846F8F7E58747EA8757E83E975<br>File Hash: 533915429DE02E4632EC9F6448F4D440E1A3186B301B7043F8ED739ED7439DCE | 03-10-2021 13:17:03 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 33 | Info Hash: 26AA7684221BA203F7BE4B879A41BFE6A4A7DA95<br>File Hash: 98A2CD5A697FEB869B3B8FF7DB65F0706DE49D9BAE9F652125FAEDA756B065B9 | 03-10-2021 13:16:48 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 34 | Info Hash: 0B9F48D7083EFB0785EB50934ACDF7E51B57BED6<br>File Hash: FB209F84379D2CD035E14C6271FFD40C15A08A6626263602F8912F98CE938E0C | 03-10-2021 13:16:35 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 35 | Info Hash: ACF5730FCAEA4847FB9D99F8ADB35AA29E4A38E0<br>File Hash: 4FE428C9173F3A71445B992CC564ACA8ECA24044AD57A78F392FD7D65A8FD98B | 03-10-2021 13:09:13 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 5B063BC8F1BC24788034411A12367F2B2E3A988B<br>File Hash: 039D1B3F9F778F642DD9CB88C65F79A0B89A59167D7E33FD9D96620327FCC103 | 03-09-2021 13:04:22 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 37 | Info Hash: 254E224504AA1006DA6B2392E0ABD25418B36B80<br>File Hash: 9713F7C8F7ABD20AACE0B2B62D3770B92793E2E623D2DDA2010ADCB88F48A837 | 03-09-2021 13:02:56 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 38 | Info Hash: 9342B563A2E5955C780F3AD190BF2222884568FB<br>File Hash: 50AEABFACE93B0F88ECC9BE056311C22536E19FEBCBA59E348FE3D71750BF32F | 03-09-2021 12:58:54 | Vixen | 08-22-2018 | 09-05-2018 | PA0002135676 |
| 39 | Info Hash: EC3D0A93B124156F4879DECF3F31D1939F597B7E<br>File Hash: 247F6A395391C06AF54F2802A908C6F5987B42D07342EF4C677887A50879BA1E | 03-09-2021 12:55:10 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 40 | Info Hash: EF02E032A4C38B4CAF483E27B65FCB9C0889B4CF<br>File Hash: 986B4B9E3ED7827CB0B3D299302798E5BB076CEA5FF864B7D6FA7DE163B55098 | 03-09-2021 12:54:01 | Vixen | 05-01-2020 | 05-19-2020 | PA0002241473 |
| 41 | Info Hash: 43DB7AD2E7F68CCA6CE6D6D0384392EC019894E9<br>File Hash: 2D839421C771968C27A5C034A9304A2892B6DC27406E8607A4B9D980C4AABA3E | 03-09-2021 12:51:00 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |
| 42 | Info Hash: E5F6F6F7B070355741DAE4035C0C092E23FE8963<br>File Hash: DB2AFFB4D7E4D1FB3B613D24A38C250BC3B41C6F8C69B4D9F9273A2C859A018F | 03-09-2021 12:48:22 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 43 | Info Hash: E31FA9D4820496545A29A14A8CF457AB5527D751<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 03-08-2021 05:08:56 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 44 | Info Hash: 3A8F04A93EFDF872F3F11EE9FCA8FE1949B68B94<br>File Hash: DA5EACEF64C2786F9A9CC2AA70405241025B07AD8989E4F471BDE623E18AE740 | 03-06-2021 15:05:20 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: E0C2F64ECFD6DB1EB77F02C9FBA5C1778743591E<br>File Hash: 16387FCB67B53075DB09FBD0DB8786666FF5A244271D1C3E87E825762F7D392A | 03-06-2021 04:44:20 | Blacked | 04-15-2018 | 05-23-2018 | PA0002101306 |
| 46 | Info Hash: 28F5934DBD3C4A900ED569CD3C74D1577102C712<br>File Hash: DB0523B09A14A86F7FF860ADC508951D108F149DCE30515BF0050FED3815176D | 03-06-2021 04:43:33 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 47 | Info Hash: 066565CA25075BB824E424DFC5DE377CE9A6D103<br>File Hash: 0FFE10BF0AE0994B545DE01EAA45DE2E78E20AEEE82F4C824292E5B95CE64713 | 03-06-2021 04:42:29 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 48 | Info Hash: 15FF650268AC492FB079708CF7028B497460494E<br>File Hash: 49CDF1F1EB855E8055C2EC63E544BC27A57BE64B613206ADFDA5B8E16F03DE19 | 03-06-2021 04:31:51 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 49 | Info Hash: 9E21FC2DFC347C12309343DD80771D9486458A76<br>File Hash: 55868F6478D3621FBA64627E2E3C915DF55FDA10C3AC50722FDDCBB954721528 | 03-06-2021 04:27:35 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 50 | Info Hash: 683C6B0C5F5060FA2F18F0C4C5A111FED7689732<br>File Hash: F052163E7BEFE0DA982A310CC6587F9911E39411FDC3C963028877D8E43962AE | 03-06-2021 04:24:30 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 51 | Info Hash: FF91D42AD413BED1BDA754D8623997027A4B8E1C<br>File Hash: 3807263A53575997BD011733B6C45F93BD0D87170E3591CAE01221DBA7E3497F | 02-02-2021 01:19:56 | Blacked | 09-22-2018 | 11-01-2018 | PA0002143419 |
| 52 | Info Hash: 1D81FEA281B869419D30E8D1CF76D7E50108E216<br>File Hash: 7A6712A8EEB567F036E325C78A2D6E5437475F6CF4AED1E7F25A02B345585AE2 | 02-02-2021 01:19:54 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 53 | Info Hash: 655146B14C8537AE8C0E1E33075CDC270982D53F<br>File Hash: C9B05F5B60EE8BF56CC9F8C3F6FF72ADC29BC3602DF351B735852168B4CE24F3 | 02-02-2021 01:19:47 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 605C878ED4A334AA806F935447C377CD076329BD<br>File Hash: 778EC2108B04891992E1005F26572B5F5046C405437867B41093AB922BB7403B | 02-02-2021 01:19:47 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |
| 55 | Info Hash: FF428F9DEF59F2754D8CC3B9525028FAB0536357<br>File Hash: 06E39E58C73D68F521E08F3844CC17BECF89DC3C4F2E0F553CCD4AB3396E458A | 02-02-2021 01:19:44 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 56 | Info Hash: 2D60EF07C3FF0F4C2F641D1BE744A32BB6F23349<br>File Hash: C8564CC23CE2DCA404566AFE1E64E623E40C13CC6E9372C24CE5A156BE3D9DAE | 02-02-2021 01:19:42 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 57 | Info Hash: 84BA6E6DA0A02DA5678C57070918DF76F5045A6A<br>File Hash: 4F5417C1E02318E662FAF349840F639D47D7A89563A522BFFCD276CB18AA4BF2 | 02-02-2021 01:19:36 | Blacked | 12-21-2019 | 01-03-2020 | PA0002219632 |
| 58 | Info Hash: 7DE8B32C9B44FB1E00E1796EEA4970BF28C7267B<br>File Hash: 214D2E3CBB9805249C6E3586B7ADBE578CDF061C0411EEE81D9802E0F46A171F | 02-02-2021 01:19:34 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 59 | Info Hash: 47D9BA959DE76BB3ED646DA292BE4211335BCA94<br>File Hash: 45DC718689123574D7814152D306B9CB7F23978999ED0746E9323989F9E9C9B4 | 02-02-2021 01:19:04 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 60 | Info Hash: 5001BA0E38674A9B90A4F985EEA9CF5DA7F6E26C<br>File Hash: 0CDA0069E9F9644C2BA13F2A6D05D11B3901D2EB71A8F3EA563CD124B92D9082 | 02-02-2021 01:18:44 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 61 | Info Hash: 4A4CCB108A5460614DCD474358AA3A4F958C811A<br>File Hash: 3E733D8E3B150936DFE95A933E771E80401250372AB7D813147805E218331583 | 02-02-2021 01:18:30 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 62 | Info Hash: D5A70C8D920B4E8E26B95E28CEF0C63E98446E0F<br>File Hash: 29BC07BC93FCA771CE7EF9DB770633C5EC1DCDA6823A8F3B0660AA6F4DEAC79D | 02-02-2021 01:18:15 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568<br>File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 01-22-2021 13:05:28 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 64 | Info Hash: 7219649303BE1B4E963DC2F91D059299FDCCB82C<br>File Hash: DC581E6CB1F44D6EDCBEC843A5683FD4F016EF0E7F3E65849EA1B6C2570D8247 | 01-22-2021 13:04:38 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 65 | Info Hash: 8DB46BB76525F22088BCF6744A5F6A77C8C5998A<br>File Hash: 09B1BDD9B8308683675E8F161B80C649EFCFBD5CAD5E6B64E966B2E45684BC56 | 01-22-2021 13:04:34 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 66 | Info Hash: 3140CCEEFBB33DC9CC59DE10B6EC4B57DB340B83<br>File Hash: 72AFD88113D049E0EAF18D1AE167A60C2D2B40D36DA409D63BAF60140606B97D | 01-22-2021 13:03:35 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 67 | Info Hash: 993582D6C4C6F55A5BF4BF4F06ED0967557AB15F<br>File Hash: 3D63BAF72A9598AFA60BB2E2C51B563480602085DB26AA4D3DB0D2B078EF253F | 01-22-2021 13:03:09 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 68 | Info Hash: 9EC0087F4B30999F177248B9DA66F86C73F87715<br>File Hash: B9803794C2D1A604973910C9F742B7BF4CB5E1B5248EFA608233D33025E52805 | 01-22-2021 13:03:08 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 69 | Info Hash: 02FE4EF38EA9D42FC33E9119A61CF936C64696E4<br>File Hash: 390F8E8A2CC9B1C3B3390E828BCAC8931C705EF3677A905AB336EC7DA9557D82 | 12-19-2020 18:14:54 | Vixen | 06-23-2017 | 07-07-2017 | PA0002070829 |
| 70 | Info Hash: A78D18C094186D8A466605F28B892594020D86A1<br>File Hash: 246A6C1191AEC830812D1E2F8D22B10AA4D87D2A077ABE23FE73FF52677AB355 | 12-14-2020 12:54:58 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 71 | Info Hash: 1C966A387E08B145A88C1F73848890F5050CE545<br>File Hash: 7E4401B1CA6904D1072107E39E59ADD2B051CAAE6A3392EC3B852DD722ABB416 | 12-14-2020 12:44:03 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8058ED857EF5E5A5A6B3C0882789E1EF9CE4BDDD<br>File Hash: F49ACA94C8AA62C3F03449B3B2E2133996CBE7AB5F1B98D1158956E3A3BF1605 | 12-14-2020 00:49:41 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 73 | Info Hash: 6D16D0BF91A2D41F67607E1BDBA9781ACBEC6671<br>File Hash: 89A8293DCBC70769D35FE707D93647E1EBDB4906CB7BBFE44C8A0101FF011241 | 12-14-2020 00:46:11 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 74 | Info Hash: BC0AABAA3194E8081D9EEC84184411B8D321B82C<br>File Hash: 4B517F5C3F6C4A473B0FB0573B37B7BEFC4D8DFE6496D046EE8767EA1AB841CD | 11-29-2020 12:38:48 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 75 | Info Hash: 3213C1B60853D862D3017D7A7CF45B946166237A<br>File Hash: A949F6C46818DC5CE1EA29222AD83B720A868D2E62837F7E476618BB5C635947 | 11-29-2020 12:37:44 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 76 | Info Hash: E50EDF5C8B32A26D92D45F7AD081B965CAA7FAE4<br>File Hash: EF7A5B995A58C2A1D55911D55F91539B433586E806C604B57BEE8BE2660D8B3A | 11-29-2020 12:34:20 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 77 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 11-09-2020 04:23:46 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 78 | Info Hash: 424E89E96CFC06BBCF8AF852ABD724A8199A4841<br>File Hash: 2DA5E068FB64B265B3B9585DEBBC0CCD3359C583F8DC6D1E1D6BB87F3E6C5F7D | 11-09-2020 04:23:12 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 79 | Info Hash: 3ED7E046CA2D13C9C59E5DABEA4D1D270D918BCD<br>File Hash: 585C8CBE8DF045B5C3A53F1CE4E27264640D75F51B1A8EA48DF29BE94BCEE015 | 11-07-2020 02:09:38 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 80 | Info Hash: FC6D3FFDE058776C4C4C6E7FBA53509A934E9F7C<br>File Hash: 88A1B26A3DB131F7E335D162E307FBD188FBAEE41FC33E3740D6BB1E9C21E06E | 11-07-2020 02:08:53 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: DD6CFFB54ED403DEF8B7C84CA303A48F6DD4E185<br>File Hash: 964466B3B278ACD333BB146B96EC66EB75636A99F0EB13E90C9F5B00131E63E1 | 10-16-2020 04:18:36 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |